1018

[Nos. 24641-4-II; 24727-5-II. Division Two. May 18, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY JAMES GODFREY, ET AL., *Appellants.*
THE STATE OF WASHINGTON, *Respondent,* v. HERMAN JOSEPH RAMOS, *Appellant.*

Appeals from judgments of the Superior Court for Pierce County, Nos. 97-1-03063-5 and 97-1-030634-3, John A. McCarthy, J., entered May 3, 1999. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[Nos. 25437-9-II; 25473-5-II. Division Two. May 18, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. ROSEMARIE MCCLUNG, ET AL., *Appellants.*

Appeals from judgments of the Superior Court for Cowlitz County, Nos. 99-1-00733-3 and 99-1-00677-9, Stephen M. Warning, J., entered December 9 and 21, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.

[No. 25594-4-II. Division Two. May 18, 2001.]

BANK OF AMERICA NW., N.A., *Appellant,* v. CAMTEK MICRO SYSTEMS, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 98-2-03903-9, Barbara D. Johnson, J., entered January 28, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.